Per Curiam.
Appellants brought this action, inter alia, under § 1979 of the Revised Statutes, 42 U. S. C. § 1983 (1958 ed.), to enjoin enforcement of the Mississippi Anti-Picketing statute,* on the grounds that it was an unconstitutionally broad regulation of speech, and that it was being applied for the purpose of discouraging appellants’ civil rights activities.
The motion for leave to proceed in forma pauperis is granted. The judgment is vacated and the cause remanded for reconsideration in light of Domhrowski v. Pfister, 380 U. S. 479. On remand, the District Court should first consider whether 28 U. S. C. § 2283 (1958 ed.) bars a federal injunction in this case, see 380 U. S., at 484, n. 2. If § 2283 is not a bar, the court should then deter *756 mine whether relief is proper in light of the criteria set forth in Dombrowski.

House Bill No. 546, Gen. Laws of Miss. 1964, c. 343.